NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALFONSO CONCEPCION, )
)
Appellant, )
)
v. )            Case No. 2D18-381
)
STATE OF FLORIDA, )
)
Appellee. )
_____ )

Opinion filed October 12, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Nick Nazaretian,
Judge.

PER CURIAM.

Affirmed.

KELLY, BLACK, and LUCAS, JJ., Concur.